405 P.2d 238

STATE of New Mexico ex rel. SOUTH-
WESTERN INVESTMENT COMPA-
NY, a corporation, Petitioner,

v.

DISTRICT COURT OF BERNALILLO
COUNTY and Paul Tackett, Dis-
trict Judge, Respondents.

No. 7914.

Supreme Court of New Mexico.

Aug. 30, 1965.

CARMODY, Chief Justice, and CHA-
VEZ, NOBLE, MOISE and COMPTON,
Justices, concurring.

Ordered that the alternative writ of pro-
hibition heretofore issued herein on June
23, 1965 be and the same is hereby made
permanent on authority of Mirabal v. Al-
buquerque Wool Scouring Mills, et al., 23
N.M. 534, 170 P. 50.

405 P.2d 238

STATE ex rel. Lucille CREAN, Petitioner,

v.

DISTRICT COURT FOR SANTA FE COUN-
TY, New Mexico, and the Honorable James
M. Scarborough, District Judge, Respond-
ents.

No. 7943.

Supreme Court of New Mexico.

Sept. 9, 1965.

CARMODY, Chief Justice, and CHA-
VEZ, NOBLE, MOISE and COMPTON,
Justices, concurring.

Ordered that the alternative writ of pro-
hibition and the alternative writ of manda-
mus heretofore issued herein on August 13,
1965, be and they are hereby quashed as
having been improvidently issued.